IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

IVA M. CHATMAN                          )
                                        )
                Plaintiff,              )
                                        )        Cause No.:
vs.                                     )
                                        )
DG RETAIL, LLC, an Illinois Corporation )
d/b/a DOLLAR GENERAL                    )
                                        )        **JURY TRIAL DEMANDED**
                                        )
                Defendant.              )

## <u>NOTICE OF REMOVAL</u>

COMES NOW, the named Defendant, DG Retail, LLC, an Illinois Corporation d/b/a Dollar General, properly known as DG Retail, LLC, by and through its undersigned attorney, Jeffrey A. Kopis of Jerome, Salmi & Kopis, LLC and files its Notice of Removal stating the following:

1.      A civil action has been commenced and is now pending in Circuit Court of St. Clair County:  Case # 2022-LA-0030 wherein Iva M. Chatman is the Plaintiff and DG Retail, LLC d/b/a Dollar General properly known as DG Retail, LLC ("DG Retail, LLC") is the Defendant.

2.      The action is a civil action wherein Plaintiff pleads damages for personal injuries because of Defendant's alleged negligence in connection with a fall occurring on August 1, 2020.

3.      Defendant, DG Retail, LLC was served a copy of the initial pleading on or about January 14, 2022.

4.      This action is a civil action, of which the United States District Courts have original jurisdiction pursuant to 28 U.S.C. §1332 and is one which may be removed to this Court by Defendant, DG Retail, LLC pursuant to 28 U.S.C. §1441, in that this is a civil action or proceeding involving diversity of citizenship.

5.      Plaintiff, Iva M. Chatman, is a citizen of Illinois.

6.      Defendant, DG Retail, LLC, is a Single Member LLC formed under the laws of the State of Tennessee.

7.      The Single Member and Owner of DG Retail LLC is Dolgencorp of Texas, Inc.

8.      Dolgencorp of Texas, Inc is a C Corporation incorporated in the State of Kentucky.

9.      Dolgencorp of Texas, Inc. has its principal place of business in the State of Tennessee.

10.     Since Dolgencorp of Texas, Inc. is incorporated in the State of Kentucky and has its principal place of business in the State of Tennessee, then Dolgencorp of Texas, Inc, for diversity purposes, it is a Citizen of the State of Tennessee and a Citizen of the State of Kentucky.

11.     Since Dolgencorp of Texas, Inc is both a Citizen of the State of Kentucky and the State of Tennessee and it is the sole member and owner of Defendant DG Retail LLC, then Defendant, DG Retail LLC, is both a Citizen of the State of Kentucky and a Citizen of the State of Tennessee.  (Copeland v. Penske Logistics, LLC, 675 F.3d 1040, 1043 (7th Cir. 2012) ("a limited liability company's citizenship includes every state of which any unit holder is a citizen").

12.     There is therefore complete diversity of citizenship between the Plaintiff, Iva M. Chatman, and the Defendant, DG Retail LLC.

13.     Plaintiff prays in the Ad damnum of her complaint that she is seeking in excess of $50,000.00 plus costs.

14.     Plaintiff further alleges in her Complaint that she is "suffering injuries to her right leg, ankle and big toe causing her to experience and continue to experience pain, suffering, disability, and disfigurement, forcing her to undergo medical treatments and surgery, incur medical expenses and loss ("sic") wages."

15.     Further, Plaintiff submitted a demand to the Defendant prior to filing suit making a settlement demand of $800,000.00.   (Said Demand is attached as Defendant's Exhibit A.)

16.     In said demand letter, Plaintiff alleges $139,482.43 in medical bills and $21,000.00 in lost wages.

17.     Based upon Plaintiff's allegations in her complaint and her demand letter, it is clear that the amount in controversy is in excess of $75,000.00.

18.     Defendant, DG Retail, LLC files herein a certified copy of the St. Clair County Court file Cause No.:  2022-LA-0030.  (Attached as Defendant's Exhibit B.)

WHEREFORE, the named Defendant, DG Retail, LLC, an Illinois Corporation d/b/a Dollar General, properly known as DG Retail, LLC prays the Court accept its Notice of Removal, and make and enter such orders as may be necessary to effect the complete removal of this action from the Circuit Court of St. Clair County, Illinois to the United States District Court for the Southern District of Illinois, and that further proceedings be discontinued in the State Court and all future proceedings be held in this Court, as the laws in such case provide.

Respectfully Submitted,


By: /s/ Jeffrey A. Kopis
Jeffrey A. Kopis, #06211025
Jerome, Salmi & Kopis, LLC
331 Salem Place, Suite 260
Fairview Heights, IL 62208
Phone: (618) 726-2222
Fax: (618)230-3331
Email: jkopis@JSKlawfirm.com
*Attorney for Defendant, DG Retail, LLC*

## <u>CERTIFICATE OF MAILING</u>

I hereby certify that on February 7, 2022 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Eric W. Evans  #06220134
1512 Johnson Road
Granite City, Illinois  62040
(618) 225 - 60
(618) 798 – 6666 – fax
eevans@evansblasilaw.com
Attorney for Plaintiff

JEROME, SALMI & KOPIS, LLC

By:/s/ Jeffrey A. Kopis
Jeffrey A. Kopis, #6211025
Jerome, Salmi & Kopis, LLC
331 Salem Place, Suite 260
Fairview Heights, IL 62208
(618) 726-2222
(618) 230-3331 (fax)
jkopis@jsklawfirm.com
*Attorney for Defendant*

# EVANS|BLASI

www.evansblasilaw.com

**Via facsimile to 615/694-5092**
December 15, 2021

Mr. Kris Jenkins
Dollar General
P.O. Box #1728
Goodlettsville, TN 37070

Re:   My Client:    Iva Chatman
      Claim No.:    202011129
      D/O/L:        8/1/20

Dear Mr. Jenkins,

This office represents Iva Chatman with respect to injuries and damages she suffered on August 1, 2020, when her pant leg was caught by your shelving causing her to fall at your Fairview Heights, Illinois store. We are writing in the hope that we can resolve this matter without the need for litigation. With that goal in mind, we hereby demand the sum of **$800,000.00** to settle this matter.

## FACTS & LIABILITY

On August 1, 2020, Iva Chatman was shopping with her friend at the Dollar General store located at 5217 North Illinois Street in Fairview Heights, Illinois. While walking down the aisle a hook on the shelving was sticking out at ground level which caught Iva's pant leg causing her to fall. This hook was designed to hold shelving so it should have had a shelf on it making it safe or been removed, so this sort of thing would not happen. Under Illinois law, we believe liability is clear under these circumstances.

## CLAIMANT'S PERSONAL INFORMATION/PRIOR CONDITION

At the time of the accident, Iva was a healthy 52-year-old woman with no prior or contributing condition working as a hair stylist.

## MEDICAL SUMMARY

As Iva fell, she heard a loud pop and immediately felt pain in her right leg and ankle. She was unable to get up and her friend informed management who apologized for the incident and called an ambulance. EMS and police arrived shortly thereafter, and Iva was transported by MedStar Ambulance to the emergency room at Memorial Hospital in Belleville, Illinois. In the

---

1512 Johnson Road
Granite City, IL 62040
618.225.6000
618.798.6666 (fax)



Eric Evans, LLC
Peter Blasi, LLC
Kellie Patterson Evans

December 15, 2021
Page 2

emergency room Iva informed the hospital staff that her pant leg was caught by a shelving hook, and she fell, leading to severe pain in her right ankle and leg. X-rays were taken which showed fractures of the tibia and fibula in the right leg. She was splinted and referred to Dr. Donald Jonson, an orthopedist for further care and treatment.

Dr. Johnson determined that surgical intervention was needed and scheduled surgery for August 7, 2020. An open reduction internal fixation procedure was performed on the right tibia and fibula, which involved in implantation of multiple screws and plates. This surgery took about 4 hours and was successful. Iva's leg was placed in a cast, and she was discharged the following day with instructions to keep her foot elevated and do as little as possible. She had multiple follow up visits with Dr. Johnson until November 13, 2020, when Iva was deemed sufficiently strong to begin physical therapy.

Iva began physical therapy at Memorial Hospital beginning on November 13, 2020, and initially was going for 3 times a week. Physical therapy was slow, and it took a great deal of time for Iva to regain a normal range of motion, although it still has not returned to her pre-accident status. Iva continued with physical therapy through February 26, 2021. During this therapy the 88 staples and multiple stitches in Iva's legs were removed, but they unfortunately left significant scars. In addition, she developed mineralization of her big toe during this process which her physicians attributed to this injury. She was determined to be at maximum medical improvement and discharge on March 8, 2021.

At this time, Iva still suffers from a reduced range of motion in her right ankle, a more or less constant pain in her big toe and significant arthritis that has developed in and around her right ankle, in addition she has significant scarring to her right leg from the surgery.

- Photographs enclosed for you review.

## MEDICAL SPECIALS

As a direct result of this accident, Iva was forced to incur the following medical bills:

| | | |
|---|---|---|
| MedStar Ambulance | 8/1/20 | $ 1,881.60 |
| Memorial Hospital | 8/1/20 – 3/8//21 | $78,869.92 |
| BJC Healthcare/Orthopedics | 8/5/20 – 8/6/21 | $58,312.49 |

December 15, 2021
Page 3

| | | | |
|---|---|---|---|
| Clinical Radiologists SC | 3/8/21 | $ | 200.00 |
| Pharmacy (medicine/Cane) | | $ | 218.42 |
| **MEDICAL SPECIALS INCURRED:** | | | $139,482.43* |

- Copies of all medical records and bills are enclosed for your review.

## WAGE LOSS

At the time of the accident Iva was working as a hair stylist. Obviously while immobilized and later while in a cast or on a cane she was unable to work. She was off work from the day of the accident (8/1/20) thru April 5, 2021. She was making $600.00 a week as a stylist so her total wage loss was $21,000.00. (35 weeks @ $600.00/week).

- A wage loss verification is enclosed for your records.

## SUMMARY

We believe our demand of **$800,000.00** is justified and reasonable in this case.

Liability is clear under Illinois law; you allowed a trip hazard to exist. There is a witness to the incident in addition to Iva, and her summary to the emergency room personnel matches what she is alleging herein. As such we do not believe we will have any difficulty convincing a jury of liability. Additionally, if you have film of this accident, we would love to see it and if you did not preserve it, after being notified of the fall, we believe we will have no problem convincing a judge to allow us to give a negative inference instruction to the jury.

As a result of the fall, Iva suffered two fractures, so there is no argument this was a pre-existing injury. To repair these injuries, Iva had to go through a long and painful surgery, have screws and plates inserted into her leg and go through months of physical therapy. Even after all of that, the difference in her right and left ankles is remarkable and objectively verifiable. Her range of motion in her right ankle is only 80% of her left ankle; her left ankle is arthritis free, her right ankle is very arthritic, and she now suffers from pain in her right big toe. In addition, she has been left with large noticeable scars on her right leg. Our experience is juries tend to be very generous when the injuries involve surgery and significant scarring.

In addition, Iva was unable to work for more than half a year and sustained a large wage loss.

Finally, this case is pending in St. Clair County, Illinois one of the most plaintiff friendly venues in the United States. On top of that, you are a corporate defendant that the likely juries will

December 15, 2021
Page 4

know well and view as wealthy.  In such cases, juries tend to be very generous in their awards, especially in the present climate.

Taking all of this into account, we believe our demand is very reasonable.

As such, our demand will remain open for twenty-one days (21) from the date of this letter after which time it will be withdrawn, and we will take this case to trial.

We look forward to your response.

Sincerely,

Eric W. Evans
EWE/bms

Enclosures

CLERK'S CERTIFICATION COPY- WITH JUDGE'S VERIFICATION

**STATE OF ILLINOIS** )
**COUNTY OF ST. CLAIR** )

I, **Marie Zaiz**, Clerk of the Circuit Court in and for said County, in the State Aforesaid, do hereby certify the foregoing to be a true, perfect and complete copy of: _This is the whole file for Case_

_22 LA 30_

Dated _____, 20____

_Seal of Court

_Marie P. Zaiz_
Clerk of the Circuit Court

By: _____
          Deputy

---

**STATE OF ILLINOIS** )
**COUNTY OF ST. CLAIR** )

I, **Hon.** _Heinz Rudolf_, Judge of the Circuit Court of said County, do hereby certify that **Marie Zaiz** whose name is subscribed to the foregoing Certificate of Attestation, now is, and was at the time of signing and sealing the same, Clerk of the Circuit Court of St. Clair County aforesaid, and keeper of the records and Seal thereof, dully elected and qualified to office: that full faith and credit are and of right ought to be given to all his official acts as such in all Courts of Record and elsewhere; and that his said attestation is in due form of law, and by the proper officer.

Seal of Court

_____
          Judge
          _Rudolf_

---

**STATE OF ILLINOIS** )
**COUNTY OF ST. CLAIR** )

I, **Marie Zaiz**, Clerk of the Circuit Court in and for said County, in the State aforesaid, do hereby certify that Hon. _Heinz Rudolf_, whose genuine signature appears to the foregoing certificate, was at the time of signing the same, judge of the Circuit Court of said County duly commissioned and qualified; that full faith and credit are and of right ought to be given to all his official acts as such in all Courts of Records and elsewhere.

Dated _____, 20____

_Seal of Court

_Marie P. Zaiz_
Clerk of the Circuit Court

By: _____
          Deputy

**EXHIBIT**
**B**

Electronically Filed
Marie Zaiz
Circuit Clerk
Ashley Doughty
22LA0030
St. Clair County
1/13/2022 12:05 PM
16286243

## IN THE CIRCUIT COURT FOR THE TWENTIETH JUDICIAL CIRCUIT
## ST. CLAIR COUNTY, ILLINOIS

IVA M. CHATMAN,               )
                                )
        Plaintiff,         )
                                )     Cause No.: 2022-LA-0030
v.                             )
                                )
DG RETAIL, LLC., an Illinois corporation   )
d/b/a DOLLAR GENERAL,       )
                                )
        Defendant.      )

## AFFIDAVIT

This Affidavit is made pursuant to Supreme Court Rule 222(b).  Under the penalties of perjury as provided by §1-109 of the Code of Civil Procedure, the undersigned certifies that the money damages sought by Plaintiff herein does exceed $50,000.00.

EVANS/BLASI


By: */s/Eric W. Evans*
Eric W. Evans, #06220134
1512 Johnson Road
Granite City, Illinois 62040
(618) 225-6000
(618) 798-6666 – fax
eevans@evansblasilaw.com
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed with the St. Clair County Clerk's office via Odyssey eFileIL on this 13th day of January 2022.

St. Clair County Courthouse
Circuit Clerk's Office
10 Public Square
Belleville, Illinois 62220

                          */s/ Eric W. Evans*

Electronically Filed
Marie Zaiz
Circuit Clerk
Ashley Doughty
22LA0030
St. Clair County
1/13/2022 12:05 PM
16286243

### IN THE CIRCUIT COURT
### TWENTIETH JUDICIAL CIRCUIT
### ST. CLAIR COUNTY, ILLINOIS

IVA M. CHATMAN,                          )
                                         )
          Plaintiff,                     )
                                         )     Cause No.: 2022-LA-0030 _____
v.                                       )
                                         )
DG RETAIL, LLC., an Illinois corporation )
d/b/a DOLLAR GENERAL,                    )
                                         )
          Defendant.                     )
                                         )
__Please Serve Registered Agent at:__    )
Illinois Corporation Service C           )
801 Adlai Stevenson Drive                )
Springfield, IL 62703                    )

## COMPLAINT

COMES NOW, Plaintiff, IVA M. CHATMAN (hereinafter "Plaintiff"), by and through her undersigned counsel, Eric W. Evans of Evans|Blasi and for her action against the Defendant, DG RETAIL, LLC., d/b/a DOLLAR GENERAL (hereinafter "Defendant"), states as follows:

1.     At all times relevant hereto, Plaintiff was a resident of St. Clair County, Illinois.

2.     At all times relevant herein, Defendant was a Tennessee corporation, authorized to and doing business in, St. Clair County, Illinois.

3.     On or about August 1, 2020, Defendant was the owner of the "Dollar General" store located at 5217 North Illinois Street, in Fairview Heights, St. Clair County, Illinois.

4.     On or about August 1, 2020, said store was open to the general public and doing business in St. Clair County, Illinois.

5.     On or about August 1, 2020, Plaintiff entered said store to shop for some personal items and as such was a business invitee of Defendant.

6.    At such time and date, Defendant owned a duty to all such invitees, including Plaintiff, to maintain its premises in a reasonably safe condition.

7.    Contrary to and in violation of said duty, Defendant was negligent and careless in the maintenance of its premises as follows:

    a.  Its aisles were cluttered and filled with products and boxes that had not been placed on shelves, making it difficult and distracting to walk the aisles; and

    b.  Allowed metal materials to protrude from its shelving creating a tripping hazard of which Defendant knew or in the exercise of ordinary care should have known was present; and

    c.  Allowed a slippery substance on the floor which Defendant knew or in the exercise of ordinary care should have known was present.

8.    As a proximate result of Defendant's breach of said duty, Plaintiff fell and was injured, suffering injuries to her right leg, ankle and big toe causing her to experience and continue to experience pain, suffering, disability, and disfigurement, forcing her to undergo medical treatments and surgery, incur medical expenses and loss wages.

WHEREFORE, Plaintiff, IVA M. CHATMAN, respectfully requests this honorable Court to enter judgement in her behalf and against Defendant, DG RETAIL, LLC., d/b/a DOLLAR GENERAL, in an amount in excess of $50,000.00, for all costs expended herein and for such other and further relief as the Court deems just and equitable.

**EVANS/BLASI**

By: *Is/Eric W. Evans*
Eric W. Evans, #06220134
1512 Johnson Road
Granite City, Illinois 62040
(618) 225-6000
(618) 798-6666 – fax
eevans@evansblasilaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed with the St. Clair County Clerk's office via Odyssey eFileIL on this 13th day of January 2022.

St. Clair County Courthouse
Circuit Clerk's Office
10 Public Square
Belleville, Illinois 62220

/s/ Eric W. Evans

Electronically Filed
Marie Zaiz
Circuit Clerk
Nora McDaniel
22LA0030
St. Clair County
1/14/2022 10:01 AM
16300377

## IN THE CIRCUIT COURT FOR THE TWENTIETH JUDICIAL CIRCUIT
## ST. CLAIR COUNTY, ILLINOIS

| | |
|---|---|
| IVA M. CHATMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No.: 2022-LA-0030 |
| v. | ) |
| | ) |
| DG RETAIL, LLC., an Illinois corporation | ) |
| d/b/a DOLLAR GENERAL, | ) |
| | ) |
| Defendant. | ) |

### MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER

COMES NOW Plaintiff, IVA M. CHATMAN, by and through her undersigned counsel,

Eric W. Evans of Evans|Blasi, and pursuant to the provisions of 735 ILCS 5/2-202, moves for an

Order of Court appointing John J. Pennell of Illinois Process Servers LLC, 40 Hickory Point,

Springfield, Illinois 62712, a citizen of the State of Illinois, over eighteen years of age, unrelated

to and not an employee of any party to this cause, as Special Process Server herein for the purpose

of service of Summons on Defendant, DG Retail, LLC through its Registered Agent at follows:

**Illinois Corporation Service C**
**801 Adlai Stevenson Drive, Springfield, IL 62703**

Respectfully submitted,

**EVANS/BLASI**


By: /s/Eric W. Evans
Eric W. Evans, #06220134
1512 Johnson Road
Granite City, Illinois 62040
(618) 225-6000
(618) 798-6666 – fax
eevans@evansblasilaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was electronically filed with the St. Clair County Clerk's office via Odyssey eFileIL on this 14th day of January 2022.

St. Clair County Courthouse
Circuit Clerk's Office
10 Public Square
Belleville, Illinois 62220

/s/ Eric W. Evans

Electronically Filed
Marie Zalz
Circuit Clerk
Nora McDaniel
22LA0030
St. Clair County
1/14/2022 10:01 AM
16300377

**IN THE CIRCUIT COURT FOR THE TWENTIETH JUDICIAL CIRCUIT**
**ST. CLAIR COUNTY, ILLINOIS**

| | | |
|---|---|---|
| IVA M. CHATMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No.: 2022-LA-0030 |
| v. | ) | |
| | ) | |
| DG RETAIL, LLC., an Illinois corporation | ) | |
| d/b/a DOLLAR GENERAL, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

On Motion of Plaintiff for Appointment of Special Process Server for the purpose of

service of Summons and Complaint as set forth therein, said Motion is presented and allowed,

John J. Pennell of Illinois Process Servers LLC, is hereby so appointed.

The Clerk is ordered to finalize e-filed Summons for service on the defendant so designated

and to deliver said Summons to counsel for Plaintiff for initiating service.

Entered this _____ day of _____, 2022.

_____
JUDGE

**Prepared by:**

Eric W. Evans, #06220134
**EVANS|BLASI**
1512 Johnson Road
Granite City, Illinois 62040
(618) 225-6000
(618) 798-6666 – fax
eevans@evansblasilaw.com
*Attorney for Plaintiff*

## CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

Electronically Filed
Marie Zaiz
Circuit Clerk
Nora McDaniel
22LA0030
St. Clair County
1/14/2022 10:01 AM
16596377

State of Illinois   )
                    )  S.S.
County of St. Clair )

Case Number _____ 22-LA-0030

Amount Claimed  $50,000.00+

Iva M Chatman

VS

DG Retail, LLC., an Illinois
corporation d/b/a Dollar General

**Plaintiff(s)**

**Defendant(s)**

Classification Prefix _____ Code _____   Nature of Action _____ Code _____

Pltf. Atty. Eric W. Evans      #6220134   Code _____
Address EVANS|BLASI 1512 Johnson Road
City Granite City IL 62040     618-225-   Phone 6000
Add. Pltf. Atty. _____  Code _____

### SUMMONS COPY

To the above named defendant(s)......:

**TO THE SHERIFF: SERVE THIS DEFENDANT AT:**

NAME Registered Agent for DG Retail, LLC:

   Illinois Corporation Service C

ADDRESS 801 Adlai Stevenson Drive

CITY & STATE  Springfield, IL 62703

**A.** You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20___
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may
be taken against you for the relief asked in the complaint.

**☑ B.** You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto
attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this
summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you
for the relief prayed in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service
provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

**TO THE OFFICER:**

This summons must be returned by the officer or other person to whom it was given for service, with
indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this
summons is applicable this summons may not be served less than three days before the day of appearance. If service
cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS,                                        1/14/2022          20___

                                    MARIE ZAIZ, Circuit Clerk
                                    of Court
S E A L      BY DEPUTY:              Nora McDaniel

DATE OF SERVICE: _____ 20___
(To be inserted by officer on copy left with defendant
or other person)

I certify that I served this summons on defendants as follows:

**(a) – (Individual defendants – personal):**
By leaving a copy of the summons and a copy of the complaint with each individual defendant personally as follows:

| Name of defendant | Date of service |
|---|---|
| | |
| | |
| | |
| | |

**(b) - (Individual defendants - abode):**
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| | | | |
| | | | |

**(c) - Corporation defendants):**
By leaving a copy of the summons and a copy of the complaint with the registered agent office, or agent of each defendant corporation as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| | | |
| | | |
| | | |

**(d) - (Other service):**

| SHERIFF'S FEES |
|---|
| Service and return _____ $ |
| Miles _____ . . . . . . . . . . $ |
| Total . . . . . . . . . . . . . . . . . . . $ |
| _____ |
| Sheriff of _____ County |

_____, Sheriff of _____County

_____, Deputy

Electronically Filed
Marie Zalz
Circuit Clerk
Jennifer Davlin
22LA0030
St. Clair County
1/18/2022 12:00 AM
16319774

ClientCaseID:                   65265              CaseReturnDate:   1/14/22

Affidavit of  A PRIVATE INVESTIGATOR

---

## ST CLAIR COUNTY, STATE OF ILLINOIS, CIRCUIT COURT

Case Number **22-LA-0030**

I, JOHN PENNELL
FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND
LICENSED AS A PRIVATE DETECTIVE (LICENSE # 115.002074) UNDER THE PRIVATE DETECTIVE ACT OF 2004.

### CORPORATE SERVICE

THAT I SERVED THE WITHIN  SUMMONS & COMPLAINT
ON THE WITHIN NAMED  DEFENDANT  DG RETAIL, LLC.
PERSON SERVED LYLE NEEMAN, AUTHORIZED AGENT
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 1/14/22

That the sex, race and approximate age of the whom I left the   SUMMONS & COMPLAINT
are as follow:

Sex  MALE    Race  WHITE     Age  70    Height  5'5"    Build  160#    Hair  GRAY

LOCATION OF SERVICE   801  ADLAI STEVENSON DR.
SPRINGFIELD, IL, 62703

Date Of Service   1/14/22            Time of Service   2:25 PM

1/14/2022

JOHN  PENNELL
A PRIVATE INVESTIGATOR
PRIVATE DECTECTIVE # 115.002074

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned
certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such
matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

**Illinois Process Servers, LLC**
40 HICKORY POINT
SPRINGFIELD, IL, 62712          Phone (217)-241-1335   Fax  (217)-679-4081

Tax ID  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

Customer
EVANS/BLASI
1512 JOHNSON RD
GRANITE CITY, IL, 62040          Phone:  (618)-226-6000  Fax:

## Invoice#      65265

Date Of Invoice:   1/14/2022

Plaintiff: IVA M CHATHAM
Court CaseID:   22-LA-0030        Firm#
Process Server:   JOHN PENNELL

Case Returned Date:  1/14/22
ProcessType:   SUMMONS & COMPLAINT

| Defendant:#1   DG RETAIL, LLC. | Type Of Service:   CORPORATE SERVICE | | |
| Person Served:   LYLE NEEMAN, AUTHORIZED AGENT | Date Of Service:  1/14/2022 | Time:  2:25 PM | |
| Sex MALE      Age  70      Height 5'6"      Build  160# | Hair Color GRAY | Race WHITE | |

| Defendant:#2 | Type Of Service: | | |
| Person Served: | Date Of Service: | Time: | |
| Sex      Age      Height      Build | Hair Color | Race | |

Location   801   ADLAI STEVENSON DR., SPRINGFIELD, IL,          Type Of Premise:

| | | | |
|---|---|---|---|
| Delivery Charge | $50.00 | Skip Trace | $0.00 |
| Bad Address | $0.00 | Rush | $0.00 |
| Filing | $0.00 | Investigation | $0.00 |
| Database Charge | $0.00 | Mileage | $0.00 |

Payment Received Date:          **Total:  $50.00**          Check No

The information is deemed reliable but is not guaranteed. There is a $25 fee for all NSF checks.
Payment due upon receipt. There is a 9% annum late charge on any unpaid balances.



IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

**IVA M CHATMAN**

Plaintiff/Petitioner

**Vs**

**DG RETAIL LLC D B A DOLLAR GENERAL**

Defendant/Respondent

To:   CHATMAN IVA M
      No Address On File

| FILED |
|---|
| ST. CLAIR COUNTY |
| 01/19/2022 |
| *Marie P. Brig* |
| CIRCUIT CLERK |

Case No.  22-LA-0030

## Receipt of Payment for Fees and Costs Ordered

Case: 22-LA-0030 - CHATHAM VS DG RETAIL LLC

Assessment Type: Assessment: 862020 Ordered on Wednesday January 19, 2022 for the amount of 314.00

TransactionType:  Payment Applied to Assessment - SCHEDULED FEES AND COSTS

TransactionDate: Wednesday January 19 2022 at 9:19 am          Clerk:  40090404

Applied From:

| Transaction Description | Ordered | Prior Payments | Current Payment | Balance Owed |
|---|---|---|---|---|
| Court Ordered Fees and Costs | 314.00 | | | |
| - Amount Paid by this Payment | | | 314.00 | |
| ** Balance Paid in Full | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Case Fines and Costs Total:** | 314.00 | | 314.00 | 0.00 |

False